UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:14-cv-952

Name of party requesting extension: Global Personals, LLC

Is this the first application for extension of time in this case?    ✓ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/12/2014

Number of days requested:    ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 01/02/2015  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Andrew W. Stinson
State Bar No.: 24028013
Firm Name: Ramey & Flock PC
Address: 100 E. Ferguson Street
Suite 500
Tyler, TX  75702
Phone: 903-597-3301
Fax: 903-597-2413
Email: astinson@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.